UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO,
Plaintiff,

CASE NO. 1:24-cv-24248-DPG

vs.

BENIHANA, INC.,
a Foreign Profit Corporation
D/B/A BENIHANA
Defendant,
_______________________________________________/

**JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(ii) files this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant, BENIHANA, INC. All claims and counter claims by all parties are hereby dismissed with prejudice by stipulation. Each party shall bear their own attorney fees and costs.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email:info@mendezlawoffices.com
By: /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Cole, Scott & Kissane
Attorney for Defendant
222 Lakeview Avenue
Suite 500
West Palm Beach, FL 33401
561-383-9229
Email: justin.sorel@csklegal.com
By:______/s/___________________.
JUSTIN CANNER SOREL, ESQ.

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 305-824-9800
Facsimile: 305-824-3868
Email: radamslaw@bellsouth.net
By: _________/s/___________________
RICHARD J. ADAMS, ESQ
FL BAR NO.: 770434

###